# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINCENT T. THOMAS : CIVIL ACTION

v. :

RANDALL E. BRITTON, et al. : NO. 09-1701

## **O R D E R**

JOHN P. FULLAM, S.J.,

AND NOW, this 10ᵗʰ day of June , 2009, upon

careful and independent consideration of the petition for writ of habeas corpus, and after

review of the Report and Recommendation of United States Magistrate Judge Elizabeth

T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is TRANSFERRED TO THE

WESTERN DISTRICT OF PENNSYLVANIA.[2]

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
JOHN P. FULLAM, S.J.

---

[2]The Clerk of Court for the Western District should be aware in docketing this
matter that Mr. Thomas has a habeas petition pending at docket number 08-cv-88-KRG-
LPL.